In the Matter of COLONIAL LIQUOR DISTRIBUTORS, INC., Respondent, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Appellants, and NEW AMSTERDAM CASUALTY COMPANY, Respondent.

Submitted February 25, 1946; decided March 7, 1946.

Motion by respondent for reargument denied, with $10 costs and necessary printing disbursements. The unrevised opinion will be corrected in the published opinion. [See 295 N. Y. 129.]

In the Matter of FEUER TRANSPORTATION, INC., Appellant. LOCAL UNION No. 445 OF INTERNATIONAL BROTHERHOOD OF TEAMSTERS, etc., Respondent.

Submitted February 25, 1946; decided March 7, 1946.

Motion by respondent for reargument denied, with $10 costs and necessary printing disbursements. [See 295 N. Y. 87.]

ROBERT M. MORGAN et al., as Trustees of the Gratuity Fund of the New York Produce Exchange et al., Respondents, *v.* ROY ANDREAE et al., Defendants, and JOHN W. F. NEILL, as a Copartner of PRICE, WATERHOUSE & Co. Appellant.

Submitted February 25, 1946; decided March 7, 1946.

Motion by appellant for reargument denied, with $10 costs and necessary printing disbursements. The abbreviated record before us presented only the first cause of action in the original and in the amended complaint and our decision was based upon that record. [See 295 N. Y. 723.]

In the Matter of ERNESTINE LEE, Apellant, against THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.

Submitted February 25, 1946; decided March 7, 1946.

Motion by appellant to amend remittitur denied. [See 295 N. Y. 647.]